# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **OLE MEXICAN FOODS, INC.,** | : |
| Plaintiff, | : CIVIL ACTION NO. |
| | : 1:13-cv-4085-TWT |
| v. | : |
| **WISCONSIN CHEESE GROUP, LLC,** | : |
| Defendant. | : |

## ORDER DISMISSING ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE

THIS CAUSE came before the Court upon the Stipulation of Dismissal of All Claims and Counterclaims with Prejudice, and this Court having considered the Stipulation and being otherwise fully apprised in its premises, hereby ORDERS AND ADJUDGES as follows:

605062206.1

1.	Ole Mexican Foods, Inc.'s ("Ole") claims against Wisconsin Cheese Group, LLC ("WCG") as set forth in the Complaint are each hereby dismissed with prejudice.

2.	WCG's counterclaims against Ole as set forth in WCG's Answer and Counterclaims are each hereby dismissed with prejudice.

3.	The Court shall retain jurisdiction for the sole purpose of interpreting, construing or enforcing the terms of the confidential settlement agreement entered into by Ole and WCG (the "Settlement Agreement").

4.	Each party shall each bear its own attorneys' fees and costs incurred in connection with the action.

DONE AND ORDERED, this 7th day of October, 2014.

/s/Thomas W. Thrash
Hon. Thomas W. Thrash
U.S. DISTRICT COURT JUDGE